**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA BY ATTORNEY GENERAL MICHELLE HENRY, | : | No. 33 WAP 2023 |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| VISION PROPERTY MANAGEMENT, LLC, VPM HOLDINGS, LLC, ALEX SZKARADEK, ANTONI SZKARADEK, ACM VISION V, LLC,  ACP 1, LLC, ACP 3, LLC, ALAN INVESTMENTS III, LLC, ALCA, LLC, ARCHWAY COMMUNITY PROPERTIES I, LLC, ARCHWAY COMMUNITY PROPERTIES, II, LLC, ARCHWAY COMMUNITY PROPERTIES, III, LLC, ARCHWAY COMMUNITY PROPERTIES, IV, LLC, AVALANCHE HOLDINGS COMPANY, LLC, AXIS, LLC, BAT HOLDINGS EIGHT, LLC, BAT HOLDINGS ONE, LLC, BAT  HOLDINGS, LLC, BAT HOLDINGS TWO, LLC, BAT HOLDINGS SIX, LLC, BAT HOLDINGS NINE, LLC, BAT HOLDINGS, EIGHT, LLC,  BOOM SC, LLC, DS NEW, LLC, DSV SPV I, DSV SPV 2, DSV SPV3, JOLEK, LLC, KAJA HOLDINGS 2, LLC, KAJA HOLDINGS,  LLC M16S, LP, M17S, LP, MON HAVEN 14, LP, NATIONAL HOUSING PARTNERS, LLC, NEWBRIDGE CAPITAL FUNDING, LLC,  ONE PINE VIII, LLC, PF I, LLC, PA SEVEN, LLC, PANDA, LLC, PANSY, LLC, PENNA, LLC, REO, RANCHO, LP,  RV HOLDINGS SEVEN, LLC, RV HOLDINGS FOUR, LLC, RV HOLDINGS, THREE, LLC, RV HOLDINGS ELEVEN LLC,  RVFM I, LLC, RVFM II SERIES, LLC, RVFM 12, LLC, RVFM 13 SERIES, LLC, RVFM 2, LLC, RVFM 3, LLC, RVFM 4 SERIES, LLC, RVFM 5, LLC, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

RVFM 6, LLC, RVFM 8, LLC, SP 1, LLC,  :
VPM REALTY, LLC,                       :
                                       :
                Appellees              :

## ORDER

**PER CURIAM**

 **AND NOW,** this 21st day of May, 2024, upon consideration of the Unopposed Application for Relief, this appeal is DISMISSED as moot.  In all other respects, the application is DENIED.